# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1932. HAROLD J. TAYLOR v. MARY L. RANSOM-TAYLOR.**

Harold J. Taylor filed a direct appeal from a trial court order denying his motion for partial summary judgment. The denial of a motion for summary judgment, however, must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); *Sharpe's Appliance Store v. Anderson*, 161 Ga. App. 112 (289 SE2d 312) (1982). Because Taylor failed to comply with the requisite interlocutory procedures, this appeal is premature and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/18/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*